BECNEL LAW FIRM, L.L.C.
425 W. Airline Hwy., Suite B
Laplace, LA 70068
Telephone:   985-651-6101
Facsimile:   985-651-6104

Attorneys for Plaintiff
BARBARA ABRELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 05-CV-1699-CRB<br><br>**MDL NO. 1699**<br>District Judge: Charles R. Breyer |
| Abrell v. Pfizer, Inc., et al., MDL No. 06-3526:<br>Plaintiff Barbara Abrell | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, BARBARA ABRELL, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal with prejudice of plaintiff BARBARA ABRELL's action, only, with each side bearing its own attorneys' fees and costs.

DATED: 9/13, 2007

BECNEL LAW FIRM, LLC

By: _____
Daniel E. Becnel, Jr.
Attorneys for Plaintiff Barbara Abrell

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

```
Dated: _____9-13_____, 2007        Gordon & Rees

                                   By: /s/ Stuart M. Gordon
                                       Stuart M. Gordon
                                       Attorneys for Defendant
                                       Pfizer, Inc.
```

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: 09/21/07

Hon. Charles R. Breyer
United States District Court

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Charles R. Breyer]

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE